[Nos. 6278–0–II; 8757–0–II.   Division Two.   December 10, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DANNY CHARLES McCUMBER, *Appellant.*

*In the Matter of the Personal Restraint of* DANNY CHARLES McCUMBER, *Petitioner.*

Appeal from a judgment of the Superior Court for Clark County, No. 81–1–00389–3, J. Dean Morgan, J., entered April 8, 1982, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed*

by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.